**DISMISS and Opinion Filed April 26, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00206-CV**

**MERCER GLOBAL ADVISORS, INC., Appellant**
**V.**
**DAVID CAIN AND KATHY CAIN, Appellees**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-06839-2022**

# MEMORANDUM OPINION

Before Justices Pedersen, III, Garcia, and Kennedy
Opinion by Justice Kennedy

Before the Court is appellant's motion requesting dismissal of this appeal from the trial court's order denying its request for a temporary injunction. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Nancy Kennedy/
NANCY KENNEDY
JUSTICE

230206F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MERCER GLOBAL ADVISORS, INC., Appellant

No. 05-23-00206-CV     V.

DAVID CAIN AND KATHY CAIN, Appellees

On Appeal from the 219th Judicial District Court, Collin County, Texas
Trial Court Cause No. 219-06839-2022.
Opinion delivered by Justice Kennedy. Justices Pedersen, III and Garcia participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees DAVID CAIN AND KATHY CAIN recover their costs of this appeal from appellant MERCER GLOBAL ADVISORS, INC.

Judgment entered April 26, 2023